# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Arraignment

| Case Number: | 20-CR-1566 KWR | UNITED STATES vs. CHISCHILLY | |
|---|---|---|---|
| Hearing Date: | 8/20/2020 | Time In and Out: | 1:35 pm – 1:38 pm |
| Courtroom Deputy: | K. Dapson | Digital Recording: | Hondo |
| Defendant: | Timothy Chischilly | Defendant's Counsel: | John Butcher |
| AUSA: | Niki Tapia-Brito | Pretrial/Probation: | A.Galaz |
| Interpreter: | | | |

## Proceedings

| | |
|---|---|
| ☐ | First Appearance by Defendant |
| ☐ | Defendant waived appearance at Arraignment |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant questioned re: time to consult with attorney regarding penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant enters a Not Guilty plea |
| ☒ | Motions due by: Tuesday, September 08, 2020 |

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Parties agree Standing Discovery Order to be electronically entered | ☐ | Discovery Order previously entered | ☐ | Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days |

| | | | |
|---|---|---|---|
| ☒ | Case assigned to: Judge Browning | | |
| ☒ | Trial will be scheduled by presiding judge | ☐ | Trial currently set |
| ☒ | Defendant waives Detention Hearing | | |

## Custody Status

| | | |
|---|---|---|
| ☒ | Defendant  previously detained | |
| ☐ | Conditions | |

## Other

| | |
|---|---|
| ☒ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |