# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## ZOOM Clerk's Minutes
## Before the Honorable Kea W. Riggs

**CASE NO.** CR 20-1566 KWR            **DATE:** February 22, 2021

**TITLE:** *USA v. Timothy Chischilly*

**COURTROOM CLERK:** C. Bevel      **COURT REPORTER:** J. Goehl

**COURT IN SESSION:** 11:28AM-11:44AM      **TOTAL TIME:** 16 minutes

**TYPE OF PROCEEDING:** 58 MOTION for Hearing *To Determine Counsel*

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Allison Jaros                                          John Butcher

**PROCEEDINGS:**

11:28am   Court in session, counsel enter appearances, defendant and counsel appearing via zoom.

11:28am   Mr. Butcher indicates he needs ex parte session with the Court.

11:31am   Court proceeds ex parte with defendant and Mr. Butcher.

11:42am   Court resumes in open court. Court will grant the motion to withdraw and new CJA counsel will be appointed to represent defendant. Court finds that relationship between defendant and Mr. Butcher cannot be repaired.  Court cautions defendant that if he has disagreements with new counsel, defendant will not get another attorney.

11:44am   Court in recess.